Robert C. Weems (SBN 148156)
WEEMS LAW OFFICES
769 Center Blvd., PMB 38
Fairfax, CA  94930
Ph: (415) 881-7653
Fx: (866) 610-1430
rcweems@weemslawoffices.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JOHN REY DELAROSA,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>    Defendant | Case No:  2:17-cv-00423-AC<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br>[Fed.R.Civ.P. 6] |

WHEREAS, Counsel of Record Robert C. Weems requires additional time to draft a motion for summary judgment; and

WHEREAS, an additional extension of 45 days is appropriate to file Plaintiff's motion for summary judgment until February 6, 2018 is required due to limited support staff familiar with the case over the holidays and our miscalendaring the case and now Defendants calendar need and is not requested for an improper purpose.  See, FRCP 11; *Unioil, Inc. v. E.F. Hutton & Co.*, 809 F.2d 548, 558 (9th Cir.1986).

NOW, WHEREFORE, the Parties agree good cause exists for and, subject to the Court's approval, stipulate to an extension of time for Plaintiff to draft and file his cross motion for summary judgment in this action.  The revised due date for the filing of the

1

Stipulation and Order

motion for summary judgment is February 6, 2018.  This is the Plaintiff's second request for additional time.

SO STIPULATED AND AGREED:

| For Plaintiff:<br>WEEMS LAW OFFICES | For Defendant:<br>PHILLIP A. TALBERT<br>United States Attorney<br>DEBORAH LEE STACHEL<br>Regional Chief Counsel, Region IX<br>Social Security Administration<br>JENNIFER A. KENNEY<br>Special Assistant United States Attorney |
|---|---|
| /s/Robert C. Weems<br>Robert C. Weems, Attorney for Plaintiff | By: /s/ Jennifer A. Kenney<br>Jennifer A. Kenney<br>Special Assistant United States Attorney and Attorney for the Defendant (per phone call) |

**SO ORDERED:**

DATE: January 17, 2018

*allison Claire*

ALLISON CLAIRE
MAGISTRATE JUDGE OF THE
UNITED STATES DISTRICT COURT

DECLARATION OF CONCURRENCE OF SIGNATURE

GENERAL ORDER 45, X

I, Robert C. Weems, hereby declare and attest that concurrence in the filing of the document has been obtained from each of the other signatories, or from the single signatory (in the case, e.g., of a declaration) whose signature is indicated by the notation " /s/ [name of signatory]."[1]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Robert C. Weems<br>Robert C. Weems

---

[1] The filer shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any) unless filer has attached a scanned image of the signature page(s) of the document being electronically filed in lieu of maintaining the paper record for subsequent production if required.

Stipulation and Order