1  MCGREGOR W. SCOTT
   United States Attorney
2  DEBORAH LEE STACHEL
3  Regional Chief Counsel, Region IX
   Social Security Administration
4  JENNIFER A. KENNEY, CSBN 241625
   Special Assistant United States Attorney
5        160 Spear Street, Suite 800
6        San Francisco, California 94105
         Telephone: (415) 977-8945
7        Facsimile: (415) 744-0134
         E-Mail: jennifer.a.kenney@ssa.gov
8
9  Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| JON DELAROSA, | Case No.: 2:17-CV-00423-AC |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER FOR A FIRST EXTENSION OF 21 DAYS FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND FILE HER CROSS-MOTION FOR SUMMARY JUDGMENT |
| vs. | |
| NANCY A. BERRYHILL, Deputy Commissioner for Operations, performing the duties and functions not reserved to the Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that Defendant shall have a first extension of time of 21 days to respond to Plaintiff's Motion for Summary Judgment and file her Cross-Motion for Summary Judgment. This extension is requested because Defendant's counsel is experiencing an exceptionally heavy workload at this time. In addition to several district court filing deadlines this month, Defendant's counsel was recently assigned to represent the Social Security Administration in a three-day employment law hearing before the Equal Employment Opportunity Commission. The additional time requested

Stip. & Prop. Order to Extend 2:17-CV-00423-AC      1

will enable Defendant to adequately research the issues presented in this case.  The current due date is April 12, 2018.  The new due date will be May 3, 2018.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: April 9, 2018                  /s/  Robert Weems*
                                      (*as authorized by email)
                                      ROBERT WEEMS
                                      Attorney for Plaintiff


Dated: April 9, 2018                  MCGREGOR W. SCOTT
                                      United States Attorney
                                      DEBORAH LEE STACHEL
                                      Regional Chief Counsel, Region IX,
                                      Social Security Administration

                            By:       /s/  Jennifer A. Kenney
                                      JENNIFER A. KENNEY
                                      Special Assistant U.S. Attorney
                                      Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED:

DATED: April 11, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE