Robert C. Weems (SBN 148156)
WEEMS LAW OFFICES
769 Center Blvd., PMB 38
Fairfax, CA 94930
Ph: (415) 881-7653
Fx: (866) 610-1430
rcweems@weemslawoffices.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JON R. DELAROSA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Commissioner of Social Security,<br><br>　　　　Defendant | Case No: 2:17-cv-00423-AC<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br>[Fed.R.Civ.P. 6] |

　　　IT IS HEREBY STIPULATED by and between the parties that Plaintiff shall have an extension of time to May 31, 2018, to file Plaintiff's reply to Defendant's cross motion for summary judgment. This request is made in good faith with no intention to unduly delay the proceedings any further.

　　　Defendant does not object to allowing Plaintiff the additional time to file his reply to Defendant's cross motion for summary judgment and, subject to the Court's approval, stipulates to the extension of time to allow Plaintiff to file his motion for summary judgment in this action. Plaintiff's reply to Defendant's cross motion for summary judgment is now due by May 31, 2018. This is Plaintiff's third request for additional time.

1

Stipulation and Order

SO STIPULATED AND AGREED:

| For Plaintiff: | For Defendant: |
|---|---|
| WEEMS LAW OFFICES | McGregor W. Scott |
| | United States Attorney |
| | DEBORAH LEE STACHEL |
| | Regional Chief Counsel, |
| | Region IX |
| | Social Security Administration |
| /s/Robert C. Weems | By: /s/ Jennifer A. Kenney |
| Robert C. Weems, Attorney for Plaintiff | Jennifer A. Kenney, Special Assistant United States Attorney and Attorney for the Defendant (per e-mail authorization) |

SO ORDERED:

DATE: May 22, 2018

*allison Claire* (signature)

ALLISON CLAIRE
MAGISTRATE JUDGE OF THE
UNITED STATES DISTRICT COURT

| | |
|---|---|
| 1 | DECLARATION OF CONCURRENCE OF SIGNATURE |
| 2 | GENERAL ORDER 131, X |

I, Robert C. Weems, hereby declare and attest that concurrence in the filing of the document has been obtained from each of the other signatories, or from the single signatory (in the case, e.g., of a declaration) whose signature is indicated by the notation " /s/ [name of signatory]."[1]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Robert C. Weems
Robert C. Weems

---

[1] The filer shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any) unless filer has attached a scanned image of the signature page(s) of the document being electronically filed in lieu of maintaining the paper record for subsequent production if required.

Stipulation and Order